# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00640-CV

**Uvalde County Hospital Authority; Southwood Care Center, LLC; and Genesis Healthcare, Inc., Appellants**

**v.**

**Charles Ruebbling, as Dependent Administrator for the Estate of Gloria Ruebbling, Appellee**

### FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-18-006391, THE HONORABLE TODD A. BLOMERTH, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellants Uvalde County Hospital Authority; Southwood Care Center, LLC; and Genesis Healthcare, Inc. have filed an agreed motion, seeking a 90-day extension of time to file their brief. In the motion, appellants inform the Court that the parties have reached an informal settlement agreement and that they seek the 90-day extension to allow the parties time to formalize their settlement agreement. On its own motion, the Court abates this appeal. We dismiss the motion for extension of time as moot. The parties shall submit either a joint status report concerning the status of settlement negotiations or a motion to dismiss on or before February 3, 2020. The appeal will remain abated until further order of this Court.

Before Justices Goodwin, Baker, and Kelly

Abated

Filed: November 8, 2019